# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2023

## NO. 03-23-00028-CR

**Lamar Lovett, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order denying post-conviction DNA testing entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying post-conviction DNA testing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.